IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ABBAS SALEHI,<br>    Plaintiff, | § § § | |
| v. | § § | Civil Action No. 5:23-CV-1348-OLG |
| STATE FARM LLOYDS,<br>    Defendant. | § § § | |

**JOINT NOTICE OF SETTLEMENT**

TO THE UNITED STATES DISTRICT JUDGE:

The Parties announce they have reached a settlement agreement in this matter. The Parties anticipate they will have the settlement finalized within sixty (60) days from today and will file a joint stipulation of dismissal with the Court. Accordingly, the Parties ask that all deadlines be abated and that this case be removed from the Court's trial docket.

Respectfully submitted,

PERRY DOMINGUEZ LAW FIRM PLLC
2101 NW Military Highway
Castle Hills, Texas 78213
Telephone:     (210) 562-2875
Facsimile:      (210) 562-2873
perry@pdattorney.com
naomi@pdattorney.com


 /s/ Perry J. Dominguez
Perry J. Dominguez, II
State Bar No. 24055414
Naomi Lara
State Bar No. 24096944

COUNSEL FOR PLAINTIFF ABBAS SALEHI

Lindow ▪ Stephens ▪ Schultz LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone:	(210) 227-2200
Facsimile:	(210) 227-4602
dstephens@lsslaw.com
rramos@lsslaw.com

*/s/ David R. Stephens*

David R. Stephens
State Bar No. 19146100
*Attorney-in-Charge*
Roland D. Ramos
State Bar No. 24096362

COUNSEL FOR DEFENDANT STATE FARM LLOYDS

2