IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
April 23, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| ABBAS SALEHI,<br>   Plaintiff,<br><br>v.<br><br>STATE FARM LLOYDS,<br>   Defendant. | §<br>§<br>§<br>§   Civil Action No. 5:23-CV-1348-OLG<br>§<br>§<br>§ |

**O R D E R**

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice as to State Farm Lloyds, with each party to bear their own costs.

SIGNED this 23rd day of April, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE